1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8 MELVIN M. JOHNSON Jr.,

9                   Plaintiff,

CASE NO. 3:21-cv-05796-RSM-BAT

10     v.

**ORDER OF DISMISSAL**

11 VERONICA GALVAN ,

12                   Defendant.

13

14       Having reviewed the Report and Recommendation of the assigned United States

15 Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds

16 and ORDERS:

17       (1)    The Court ADOPTS the Report and Recommendation.

18       (2)    The complaint is dismissed with prejudice and the application to proceed *in forma*

19 *paueris* and for service of the complaint are stricken as moot.

20       (3)    The Clerk is directed to provide a copy of this Order to Plaintiff.

21 //

22 //

23 //

ORDER OF DISMISSAL - 1

1    DATED this 19th day of April, 2022.

2

3

4

5                                        RICARDO S. MARTINEZ
                                         CHIEF UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER OF DISMISSAL - 2